STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110


Attorneys for Plaintiff
AUTO DEALERS RISK RETENTION GROUP, INC


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO DEALERS RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California, <br><br> Defendant. | Case No. 07-cv-2660 FCD KJM <br><br> STIPULATION AND ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION <br><br> Courtroom:   2 <br> Judge:         Honorable Frank C. Damrell, Jr. |

    WHEREAS, on December 14, 2007, the Court entered its Order on Plaintiff's Motion for a Temporary Restraining Order ("TRO Order"), and set a preliminary injunction hearing for January 3, 2008.

    NOW THEREFORE, the parties stipulate to continue the preliminary injunction hearing to a date available on the Court's calendar, as follows:

    The preliminary injunction hearing shall be continued to February 22, 2008, at 10:00 a.m. in Courtroom 2 before the Honorable Frank C. Damrell, Jr.;

    Defendant's Opposition brief shall be filed on or before February 5, 2008; and

    Plaintiff's Reply brief shall be filed on or before February 12, 2008.

1   The parties further stipulate that the Court's TRO Order shall remain in effect and be
2   extended until further order of the Court to allow for the continuance of the hearing on the
3   preliminary injunction.
4       IT IS SO STIPULATED.

Dated:  December 17, 2007          STEVENS & O'CONNELL LLP


                                   By:____/S/ TODD M. NOONAN_____
                                       Todd M. Noonan
                                       Attorneys for Plaintiffs
                                       Auto Dealers Risk Retention Group, Inc.


Dated:  December __, 2007          EDMUND G. BROWN, JR.
                                   Attorney General for the State of California
                                   WILLIAM L. CARTER
                                   Supervising Deputy Attorney General


                                   By:____/S/ GEORGE C. SPANOS (authorized
                                       12/17/2008

                                       George C. Spanos
                                       Deputy Attorney General

                                       Attorneys for Defendant

                                       Steve Poizner, in his capacity as the
                                       Commissioner of Insurance for the State of
                                       California

        IT IS SO ORDERED

DATED: December 18, 2007

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE