**FILED**

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO DEALERS RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br> vs. <br><br> STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California, <br><br> Defendant. | Case No.: 07-CV-2660 FCD KJM <br><br> [~~PROPOSED~~] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AND PARTICIPATE IN ORAL ARGUMENT <br><br> Date: February 22, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 2 <br> Judge: Honorable Frank C. Damrell, Jr. |

HAVING REVIEWED the Motion for Leave to File Brief and Participate in Oral Argument of *Amici Curiae*, and finding good and sufficient grounds therefor, it is hereby ordered that the Motion is granted. The National Risk Retention Association ("NRRA") and Lenders Protection Assurance Company Risk Retention Group ("LPAC"), are hereby granted leave to appear in the within action as *Amici Curiae*, and to file their briefing ~~and participate in oral argument in the manner permitted by law~~.

IT IS SO ORDERED.

*/s/ Frank C. Damrell, Jr.*
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE