STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110


Attorneys for Plaintiff
AUTO DEALERS RISK RETENTION GROUP, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO DEALERS RISK RETENTION GROUP, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California,<br><br>　　　　　　　　Defendant. | Case No. 07-CV-02660 FCD KJM<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>Courtroom:　2<br>Judge:　　　Hon. Frank C. Damrell, Jr. |

　　　　WHEREAS, by Stipulation and Order filed December 18, 2007, the hearing on Plaintiff's Motion for a Preliminary Injunction was set for February 22, 2008;

　　　　WHEREAS, non-parties National Risk Retention Association and Lenders Protection Assurance Company Risk Retention Group have filed a motion seeking leave to file an amicus curiae brief;

　　　　WHEREAS, the parties seek to modify the present briefing and hearing schedule to allow for consideration of the amicus brief and submission by defendant Commissioner of Insurance of a consolidated brief in response to Plaintiff's Motion and the Brief of Amicus Curiae;

1

NOW THEREFORE, the parties stipulate to continue the preliminary injunction hearing to a date available on the Court's calendar, as follows:

The preliminary injunction hearing shall be continued to March 7, 2008, at 10:00 a.m. in Courtroom 2 before the Honorable Frank C. Damrell, Jr.;

Defendant's consolidated Opposition brief shall be filed on or before February 22, 2008; and,

Plaintiff's Reply brief shall be filed on or before February 29, 2008.

The parties further stipulate that the Court's TRO Order shall remain in effect and be extended until further order of the Court to allow for the continuance of the hearing on the preliminary injunction.

IT IS SO STIPULATED.

Dated: February 5, 2008				STEVENS & O'CONNELL LLP


						By:    /S/ TODD M. NOONAN
						    Todd M. Noonan
						    Attorneys for Plaintiffs
						    Auto Dealers Risk Retention Group, Inc.


Dated: February 5, 2008				EDMUND G. BROWN, JR.
						Attorney General for the State of California
						WILLIAM L. CARTER
						Supervising Deputy Attorney General


						By: /S/ GEORGE C. SPANOS (authorized 2/5/2008)
						    George C. Spanos
						    Deputy Attorney General

						    Attorneys for Defendant

						    Steve Poizner, in his capacity as the
						    Commissioner of Insurance for the State of
						    California

IT IS SO ORDERED.

Dated: February 6, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
Case No. 07-cv-02660 FCD KJM