EDMUND G. BROWN JR.
Attorney General of the State of California
WILLIAM L. CARTER
Supervising Deputy Attorney General
STEVEN J. GREEN, State Bar No. 73705
AMY J. WINN, State Bar No. 142421
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-1673
 Fax: (916) 327-2247
 Email: amy.winn@doj.ca.gov

Attorneys for Defendant
Steve Poizner, in his capacity as the Commissioner of
Insurance of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUTO DEALERS RISK RETENTION GROUP, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California,**<br><br>Defendant. | 2:07-CV-02660-FCD-KJM<br><br>**STIPULATION REQUESTING LEAVE OF COURT TO FILE COUNTERCLAIM** |

WHEREAS defendant Defendant Steve Poizner, Insurance Commissioner ("Commissioner"), wishes to file a counterclaim in the above action seeking declaratory relief, a true and correct copy of which counterclaim is attached hereto;

WHEREAS plaintiff Auto Dealers Risk Retention Group, Inc., has agreed, in the interests of judicial economy, not to oppose the filing of said counterclaim although plaintiff reserves all its objections to the counterclaim and reserves all its rights to respond to the counterclaim as it sees fit;

/ / /

Stipulation

1     WHEREAS the parties have agreed that, in the event the Court allows the filing of the
2 counterclaim, plaintiff may have 35 (thirty-five) days to respond;

3     WHEREAS the Commissioner seeks leave of Court to file said counterclaim without
4 bringing a motion for leave to do so;

5     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff Auto
6 Dealers Risk Retention Group, Inc. and defendant Commissioner, through their respective
7 counsel of record, that the Commissioner may file the attached counterclaim. Plaintiff's Reply
8 to the Counterclaim shall be filed within 35 days of the filing of the Counterclaim.

10 Dated: May 1, 2008                                /s/ TODD M. NOONAN
                                                                           TODD M. NOONAN
                                                                           Attorney for Plaintiff Auto Dealers
                                                                           Risk Retention Group, Inc.

Dated: May 1, 2008                                /s/ AMY J. WINN
                                                                           Deputy Attorney General
                                                                           Attorney for Defendant Steve Poizner,
                                                                           in his official capacity as Insurance
                                                                           Commissioner of the State of California

ORDER

Defendant Steve Poizner, Insurance Commissioner ("Commissioner"), shall file his counterclaim within three (3) days of this order. Plaintiff's Reply to the Counterclaim shall be filed within thirty-five (35) days of the filing of the Counterclaim.

Dated: May 1, 2008

                                                                           FRANK C. DAMRELL, JR.
                                                                           UNITED STATES DISTRICT JUDGE

Stipulation

2