STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
TODD M. NOONAN (SBN 172962)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiff
AUTO DEALERS RISK RETENTION GROUP, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTO DEALERS RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California, <br><br> Defendant. | Case No. 07-CV-02660 FCD KJM <br><br> STIPULATION AND ORDER TO DISMISS COMPLAINT AND COUNTERCLAIM AND TO VACATE PRELIMINARY INJUNCTION <br><br> Courtroom:   2 <br> Judge:         Hon. Frank C. Damrell, Jr. |
| STEVE POIZNER, in his capacity as the Commissioner of Insurance of the State of California, <br><br> Counter-Claimant, <br><br> v. <br><br> AUTO DEALERS RISK RETENTION GROUP, INC., <br><br> Counter-Defendant. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(c), it is hereby stipulated by and between the parties to this action through their respective counsel of record that:  (1) plaintiff and counter-defendant Auto Dealers Risk Retention Group, Inc.'s Complaint is hereby DISMISSED WITH PREJUDICE, and (2) defendant and counter-claimant

1

Steve Poizner's Counterclaim is hereby DISMISSED WITH PREJUDICE.  With the dismissal of the Action, the parties further stipulate that the Preliminary Injunction, entered by the Court on March 7, 2008, is VACATED.

    IT IS SO STIPULATED.

Dated:  August 4, 2008                STEVENS & O'CONNELL LLP

By:   /S/ TODD M. NOONAN
      Todd M. Noonan

      Attorneys for Plaintiff and counterclaim Defendant Auto Dealers Risk Retention Group, Inc.

Dated:  August 4, 2008                EDMUND G. BROWN, JR.
Attorney General for the State of California
WILLIAM L. CARTER
Supervising Deputy Attorney General

By:/S/ STEVEN J. GREEN (as authorized on 8/4/08)
      STEVEN J. GREEN
      AMY WINN
      Deputy Attorneys General

      Attorneys for Defendant and Counter-claimant Steve Poizner, in his capacity as the Commissioner of Insurance for the State of California

IT IS SO ORDERED.

Dated: August 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO DISMISS COMPLAINT AND COUNTERCLAIM AND TO VACATE PRELIMINARY INJUNCTION
Case No. 07-cv-02660 FCD KJM